Supreme Court of Missouri denied. *Mr. W. F. Guthrie* for petitioner. *Mr. Miles Elliott* for respondent.

No. 584. MARYLAND CASUALTY CO. *v.* BOARD OF WATER COMMISSIONERS OF DUNKIRK ET AL. December 18, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Frank Gibbons* and *George F. Cushwa* for petitioner. *Messrs. Marion H. Fisher, Louis L. Babcock,* and *Ray M. Stanley* for respondents.

No. 587. SPERONI ET AL. *v.* UNITED STATES. December 18, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Athanasius A. Pantelis* for petitioners. *Solicitor General Biggs* and *Mr. Joseph Millenson* for the United States.

No. 591. HOSEY ET AL. *v.* MID-CONTINENT PETROLEUM CORP. December 18, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Charles B. Rogers, E. O. Patterson,* and *James M. Springer* for petitioners. *Messrs. Nathan A. Gibson, James C. Denton,* and *Richard H. Wills* for respondent.

No. 610. AMERICAN-HAWAIIAN STEAMSHIP CO. *v.* MUSAUS. December 18, 1933. Petition for writ of certiorari to the Supreme Court of New York, Kings County, denied. *Messrs. Vernon S. Jones, Raymond Parmer,* and *Richard L. Sullivan* for petitioner. *Mr. Edward J. McCrossin* and *Paul Koch* for respondent.